THOMAS S. McCONNELL (Bar No. 132932)
SAMANTHA L. CHEN (Bar No. 307155)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Suite 600
Walnut Creek, California 94596
Telephone:  925 935 9400
Facsimile:  925 933 4126
Email:  thomas.mcconnell@msrlegal.com
        samantha.chen@msrlegal.com

Attorneys for Defendants LONGS DRUG STORES CALIFORNIA, L.L.C. and CVS HEALTH CORPORATION f/k/a CVS CAREMARK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AP ORANGEVALE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C., a limited liability company and CVS CAREMARK CORP., a Delaware corporation and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:25-cv-00688 DJC-AC<br><br>JOINT STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT AND ORDER THEREON<br><br>Honorable Daniel J. Calabretta<br>Robert T. Matsui United States Courthouse - 501 I Street<br>Courtroom 7, 14th Floor<br>Sacramento, CA  95814<br><br>State Case Filed:  1/28/2025<br>Notice of Removal Filed:  2/27/2025 |

The following Joint Stipulation to Extend Time to Answer First Amended Complaint (the "Joint Stipulation"), is made by and between plaintiff APO Orangevale, LLC, a Delaware limited liability company  ("Plaintiff"), on the one hand, and defendants Longs Drug Stores California, L.L.C., a limited liability company, and CVS Health Corporation, a Delaware corporation, and DOES 1 through 100, inclusive (collectively "Defendants"), on the other hand (Plaintiff and

1  Defendants collectively referred to herein as the "Parties"), by and through and their
2  respective counsel of record, and with respect to the following facts:
3      WHEREAS, this lawsuit was removed from Sacramento County
4  Superior Court on February 27, 2025 (Dkt. 1);
5      WHEREAS, pursuant to Fed. R. Civ. P 81(c)(2)(C), the initial deadline
6  for Defendants to respond to Plaintiff's First Amended Complaint was set for seven
7  days after removal of case to Federal Court;
8      WHEREAS, the Defendants failed to respond to the Plaintiff's First
9  Amended Complaint by the initial deadline;
10     WHEREAS, the Court issued a Minute Order on March 14, 2025,
11 notifying the Parties of Defendants failure to respond to the Plaintiff's First
12 Amended Complaint in a timely manner (Dkt. 5);
13     WHEREAS, the Court in its Minute Order dated March 14, 2025
14 notified the Defendants that they must respond to the Plaintiff's First Amended
15 Complaint within five days of the issuance of the Minute Order or alternatively,
16 seek an extension of time to respond from the Plaintiff (Dkt. 5);
17     WHEREAS, counsel for Defendants called counsel for Plaintiff and
18 requested and was granted a two week extension of time to respond to the Plaintiff's
19 First Amended Complaint;
20     WHEREAS, the Parties agreed that Defendants' new deadline to
21 respond to Plaintiff's First Amended Complaint shall be April 2, 2025;
22     WHEREAS, in this context, the Parties request that the Court accept
23 this Stipulation and permit Defendants this additional time to respond to Plaintiff's
24 First Amended Complaint without risk of sanctions or further intervention by the
25 Court;
26
27     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED
28 by and between Plaintiff and Defendants, through their respective counsel that

1  Defendants' new deadline to file a response to Plaintiff's First Amended Complaint
2  shall be April 2, 2025.
3      Accordingly, the Parties respectfully request the Court extend the
4  existing deadline as proposed so as to allow Defendants adequate time to respond to
5  Plaintiff's First Amended Complaint.

7
8  Dated: March 17, 2025      PORTER | SCOTT

11  By: **/s/ Martin N. Jensen**
12      MARTIN N. JENSEN
    PAUL JOHN B. BADUM
13      Attorneys for Plaintiffs APO
    ORANGEVALE, LLC

15  Dated: March 17, 2025      MILLER STARR REGALIA

18  By: **/s/ Thomas S. McConnell**
19      **THOMAS** S. McCONNELL
    SAMANTHA L. CHEN
20      Attorneys for Defendants LONGS DRUG
    STORES CALIFORNIA, L.L.C. and CVS
21      HEALTH CORPORATION f/k/a CVS
    CAREMARK CORPORATION

# ORDER

**IT IS HEREBY ORDERED THAT** DEFENDANTS SHALL HAVE UNTIL APRIL 2, 2025 TO FILE A TIMELY RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT.

Dated: March 17, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE