THOMAS S. McCONNELL (Bar No. 132932)
SAMANTHA L. CHEN (Bar No. 307155)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Suite 600
Walnut Creek, California 94596
Telephone:    925 935 9400
Facsimile:    925 933 4126
Email:        thomas.mcconnell@msrlegal.com
              samantha.chen@msrlegal.com

Attorneys for Defendants LONGS DRUG
STORES CALIFORNIA, L.L.C. and CVS
HEALTH CORPORATION f/k/a CVS
CAREMARK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AP ORANGEVALE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C., a limited liability company and CVS CAREMARK CORP., a Delaware corporation and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:25-cv-00688 DJC-AC<br><br>ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER DEADLINES<br><br>Honorable Daniel J. Calabretta<br>Robert T. Matsui United States Courthouse - 501 I Street<br>Courtroom 7, 14th Floor<br>Sacramento, CA  95814<br><br><br>State Case Filed:  1/28/2025<br>Notice of Removal Filed:  2/27/2025<br>Trial Date:  April 19, 2027 |

CVPH-57824\3292234.1                          -1-

JOINT STIPULATION TO AMEND SCHEDULING ORDER DEADLINE

The Court, having considered the parties Joint Stipulation to Amend Scheduling Order Deadlines (the "Stipulation"), and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY **ORDERED** THAT:

1.      The Stipulation is hereby **GRANTED**.

2.      All discovery and expert related deadlines are hereby extended by approximately 90-days as per the proposed schedule below:

| Item | Current Date | Proposed Extension |
| --- | --- | --- |
| Non-Expert Discovery Cut-off | March 20, 2026 | June 19, 2026 |
| Expert Disclosure (Initial) | April 17, 2026 | July 10, 2026 |
| Expert Disclosure (Rebuttal) | May 15, 2026 | August 7, 2026 |
| Expert Discovery Cut-Off | July 10, 2026 | September 4, 2026 |
| Deadline to File Dispositive Motions | September 18, 2026 | No change proposed |
| Final Pretrial Conference | February 25, 2027, at 1:30 p.m. | No change proposed |
| Trial Date | April 19, 2027, at 8:30 a.m. | No change proposed |

**IT IS SO ORDERED**.

Dated:  February 17, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE