THOMAS S. McCONNELL (Bar No. 132932)
SAMANTHA L. CHEN (Bar No. 307155)
VANCE PRESCOTT (Bar No. 337944)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Suite 600
Walnut Creek, California 94596
Telephone: 925 935 9400
Facsimile: 925 933 4126
Email: thomas.mcconnell@msrlegal.com
samantha.chen@msrlegal.com
vance.prescott@msrlegal.com

Attorneys for Defendants LONGS DRUG STORES CALIFORNIA, L.L.C. and CVS HEALTH CORPORATION f/k/a CVS CAREMARK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

AP ORANGEVALE, LLC, a Delaware limited liability company,

Plaintiff,

v.

LONGS DRUG STORES CALIFORNIA, L.L.C., a limited liability company and CVS CAREMARK CORP., a Delaware corporation and DOES 1-100, inclusive,

Defendants.

Case No. 2:25-cv-00688 DJC-AC

**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER DEADLINES**

Honorable Daniel J. Calabretta
Robert T. Matsui United States Courthouse - 501 I Street
Courtroom 7, 14th Floor
Sacramento, CA 95814

State Case Filed: 1/28/2025
Notice of Removal Filed: 2/27/2025
Trial Date: April 19, 2027

The Court, having considered the parties Joint Stipulation to Amend Scheduling Order Deadlines (the "Stipulation"), and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY **ORDERED** THAT:

1. The Stipulation is hereby **GRANTED**.
2. The deadline to file dispositive motions is extended to October 8, 2026.
3. The deadline to conduct expert discovery is extended to October 16, 2026.
4. Defendants may file a dispositive motion on the same issue to be raised by Plaintiff's partial motion for summary judgment but after the Court rules on Defendants' pending motion to stay the case.
5. All other dates and deadlines set forth in the Court's Scheduling Order shall remain unchanged at this time. The extended deadlines are shown below:

| **Item** | **Initial Date** | **Current Date** | **Proposed Extension** |
|---|---|---|---|
| Deadline to File Dispositive Motions | September 18, 2026 | September 18, 2026 | October 8, 2026 |
| Expert Discovery Cut-Off | July 10, 2026 | September 4, 2026 | October 16, 2026 |
| Final Pretrial Conference | February 25, 2027, at 1:30 p.m. | February 25, 2027, at 1:30 p.m. | No change proposed |
| Trial Date | April 19, 2027, at 8:30 a.m. | April 19, 2027, at 8:30 a.m. | No change proposed |

**IT IS SO ORDERED**.

Dated: August 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE