THOMAS S. McCONNELL (Bar No. 132932)
SAMANTHA L. CHEN (Bar No. 307155)
VANCE PRESCOTT (Bar No. 337944)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Suite 600
Walnut Creek, California 94596
Telephone: 925 935 9400
Facsimile: 925 933 4126
Email: thomas.mcconnell@msrlegal.com
samantha.chen@msrlegal.com
vance.prescott@msrlegal.com

Attorneys for Defendants LONGS DRUG STORES CALIFORNIA, L.L.C. and CVS HEALTH CORPORATION f/k/a CVS CAREMARK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

AP ORANGEVALE, LLC, a Delaware limited liability company,

Plaintiff,

v.

LONGS DRUG STORES CALIFORNIA, L.L.C., a limited liability company and CVS CAREMARK CORP., a Delaware corporation and DOES 1-100, inclusive,

Defendants.

Case No. 2:25-cv-00688 DJC-AC

**ORDER GRANTING JOINT STIPULATION TO AMEND THE HEARING DATE AND DEADLINES RELATED TO DISPOSITIVE MOTIONS**

Honorable Daniel J. Calabretta
Robert T. Matsui United States Courthouse - 501 I Street
Courtroom 7, 14th Floor
Sacramento, CA 95814

State Case Filed: 1/28/2025
Notice of Removal Filed: 2/27/2025
Trial Date: April 19, 2027

The Court, having considered the parties Joint Stipulation to Amend the Hearing Date and Deadlines Related to Dispositive Motions (the "Stipulation"), and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY **ORDERED** THAT:

1. The Stipulation is hereby **GRANTED**.

2. All dispositive motions will be noticed for hearing on November 19, 2026 at 1:30 p.m.

3. The deadline for Defendants to file their brief in opposition to Plaintiff's motion for partial summary judgment, Dkt. No. 22, and supporting papers is extended from September 1, 2026 to September 4, 2026.

4. All other dates and deadlines set forth in the Court's Scheduling Order shall remain unchanged at this time.

**IT IS SO ORDERED**.

Dated: September 2, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE